# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3127

_____

M. C. West,                                    *
                                               *
              Appellant,                       *
                                               *    Appeal from the United States
      v.                                       *    District Court for the Eastern
                                               *    District of Arkansas.
Freedom Financial; First Union                 *
National Bank; American General                *    [UNPUBLISHED]
Financial Services of Arkansas, Inc.,          *
doing business as Morequity, Inc.,             *
                                               *
              Appellees.                       *

_____

Submitted: April 7, 2010
Filed: April 7, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

      M.C. West appeals the district court's[1] dismissal of her complaint without prejudice for lack of subject matter jurisdiction. Having carefully reviewed the record de novo, see Green Acres Enters., Inc. v. United States, 418 F.3d 852, 856 (8th Cir.

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

2005), we find no basis for reversal. Accordingly, we affirm the district court's judgment. <u>See</u> 8th Cir. R. 47B.

_____